UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| GLENDA J. ARWOOD | ) | |
| | ) | |
| v. | ) | NO.2:12--CV-381 |
| | ) | |
| CAROLYN W. COLVIN | ) | |

O R D E R

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 6, 2013. [Doc. 24]. The defendant filed a response noting no objections to the motion for attorney fees filed by plaintiff's counsel under the Equal Access to Justice Act. [Doc. 23]. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED,** and the motion for attorney fees filed by plaintiff's counsel under the Equal Access to Justice Act is **GRANTED.** [Doc. 20].

Accordingly, the sum of $1,962.50 in attorney fees is awarded to plaintiff's counsel, Harry Smith, Esquire, plus the sum of $17.85 for expenses.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE